ORDERED.

Dated: October 17, 2023

*Catherine M. Ewen*
Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:  Case No. 8:20-bk-03821-CPM
Chapter 13

Patrick Logan Fox
Anna Lee Fox

   Debtor(s)
_____/

**ORDER GRANTING DEBTOR'S MOTION FOR**
**RECONSIDERATION OF ORDER DISMISSING CHAPTER 13 CASE**

THIS CASE came on for consideration for the entry of an appropriate Order in the above styled Chapter 13 Case upon the Debtor's Motion for Reconsideration of Order Dismissing Chapter 13 Case (Doc. No. 62). Accordingly, it is

**ORDERED**:

1. The Debtor's Motion for Reconsideration of Order Dismissing Chapter 13 Case (Doc. No. 62) is hereby **GRANTED**.

2. The Order Dismissing Chapter 13 Case (Doc. No. 60) entered on August 17, 2023 is hereby VACATED and the case is reinstated as an active Chapter 13 case.

3. The Debtor(s) shall make the October 14, 2023 & November 14, 2023 payments of $779.00 each, both on time and shall cure all delinquencies and bring all payments current

under the Plan by paying to the Chapter 13 Trustee the sum of $3,895.00 on or before December 14, 2023, which amount includes the December 2023 payment.

  4. In the event the Debtor(s) fail to timely make payments as mentioned above and to cure arrearages as herein provided, the Trustee may without further notice to the Debtor(s) submit an Order dismissing the above styled Chapter 13 Case.

  5. Assuming that the Debtor(s) bring all payments to the Trustee current pursuant to above. In the event payments to the Trustee hereafter again become delinquent, the Trustee may file a Notice of Default, giving the Debtor(s) fourteen (14) days to cure the delinquency. If the Debtor(s) fail to become current with their plan payments within fourteen (14) days of the Notice of Default, the Trustee may, without further notice to the Debtor(s), submit an Order dismissing the above-styled Chapter 13 case.

Attorney, Jay M. Weller, is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the order.

JMW/KRM/ss                                C13T 10/12/23